E. ERNEST NITSCHKE and Others, Appellants, v. FLORENCE G. MULLINS, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiffs to serve an amended complaint, within

ten days after service of order with notice of entry thereof, eliminating the matter stricken therefrom by the order appealed from, upon payment of said costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.